1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE DISTRICT OF ARIZONA

9    United States of America,              )    No.  CR 18-1684-TUC-CKJ (BGM)
                                            )
10                 Plaintiff,               )
                                            )    **ORDER**
11   vs.                                    )
                                            )
12   Donald Hugh Nichols and               )
     Jane Ann Nichols,                      )
13                                          )
                   Defendants.              )
14   _____

15          Pending before the Court is the Motion to Designate Case as Complex (Doc. 35) filed

16   by Defendants Donald Hugh Nichols and Jane Ann Nichols.  The motion states that the

17   government does not object to the request.  The Court has considered the motion and the fact

18   that voluminous documents are involved in this case.  The Court finds this case to be

19   complex.  The Court will schedule this matter for a status conference. L.R.Crim. 16.2(a).

20          L.R.Crim. 16.2(b) requires counsel to "confer in good faith to determine what

21   discovery issues can be resolved by agreement.  If the parties cannot agree on the scope,

22   manner, or time of discovery, counsel for the parties shall file a joint report setting forth the

23   issues agreed upon and those in dispute."  However, because the Court will be discussing

24   discovery issues during the status conference, the Court finds it appropriate that, even if

25   counsel are able to agree on the scope, manner, or time of discovery, they shall file a joint

26   report setting forth all agreements as to the scope, manner, and time of discovery.

27          Accordingly, IT IS ORDERED:

28          1.     The Motion to Designate Case as Complex (Doc. 35) is GRANTED.

1    2.    This matter is scheduled for a status conference on **May 8, 2019, at 9:45 a.m.**,
2  before the Honorable Cindy K. Jorgenson. The Court will set a new trial date and deadlines
3  during the status conference.

4    3.    Counsel shall confer in good faith prior to the status conference to determine
5  what discovery issues can be resolved by agreement.  Counsel shall submit a **joint report**
6  regarding agreements and disagreements as to the scope, manner, or time of discovery on or
7  before **May 1, 2019.**  Counsel for the government shall initiate the contact for the good faith
8  discussions and preparation of the joint report.

9    DATED this 10th day of April, 2019.

10
11
12    _____
           Cindy K. Jorgenson
           United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE DISTRICT OF ARIZONA

9 United States of America, ) No. CR 18-1684-TUC-CKJ (BGM)
)
10 Plaintiff, )
)
11 vs. )        **ORDER**
)
12 Donald Hugh Nichols and )
Jane Ann Nichols, )
13 )
Defendants. )
14 _____ )

15     Pending before the Court is the Motion to Designate Case as Complex (Doc. 35) filed

16 by Defendants Donald Hugh Nichols and Jane Ann Nichols. The motion states that the

17 government does not object to the request. The Court has considered the motion and the fact

18 that voluminous documents are involved in this case. The Court finds this case to be

19 complex. The Court will schedule this matter for a status conference. L.R.Crim. 16.2(a).

20     L.R.Crim. 16.2(b) requires counsel to "confer in good faith to determine what

21 discovery issues can be resolved by agreement. If the parties cannot agree on the scope,

22 manner, or time of discovery, counsel for the parties shall file a joint report setting forth the

23 issues agreed upon and those in dispute." However, because the Court will be discussing

24 discovery issues during the status conference, the Court finds it appropriate that, even if

25 counsel are able to agree on the scope, manner, or time of discovery, they shall file a joint

26 report setting forth all agreements as to the scope, manner, and time of discovery.

27     Accordingly, IT IS ORDERED:

28     1.     The Motion to Designate Case as Complex (Doc. 35) is GRANTED.

1    2.    This matter is scheduled for a status conference on **May 8, 2019, at 9:45 a.m.**, before the Honorable Cindy K. Jorgenson. The Court will set a new trial date and deadlines during the status conference.

4    3.    Counsel shall confer in good faith prior to the status conference to determine what discovery issues can be resolved by agreement. Counsel shall submit a **joint report** regarding agreements and disagreements as to the scope, manner, or time of discovery on or before **May 1, 2019.** Counsel for the government shall initiate the contact for the good faith discussions and preparation of the joint report.

DATED this 10th day of April, 2019.

_____
Cindy K. Jorgenson
United States District Judge